FILED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| PLAINTIFF | 12-2804 M |
| v. | |
| PEDRO PEREZ-MEDINA | **REPORT COMMENCING CRIMINAL ACTION** |
| DEFENDANT(S). | |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 12/04/2012 ☑ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☑ No ☐
3. Charges under which defendant has been booked:
   8 USC 1326 (B)(2) DEPORTABLE ALIEN FOUND IN THE UNITED STATES
4. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes ☑ No ☐ Unknown
6. Interpreter Required: ☐ No ☑ Yes: SPANISH (Language)
7. Year of Birth: 1952
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: 
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. NO )
12. Does the defendant have retained counsel? ☑ No
    ☐ Yes Name: and Phone Number: 
13. Did you notify Pretrial Services? ☐ No
    ☑ If yes, please list Officer's Name: DUTY OFFICER Time: AM / PM
14. Remarks (if any): NONE
15. Date: 12/04/2012
16. Name: DAVID GOMEZ (Please Print)
17. Agency: US ICE
18. Signature:
19. Office Phone Number: 213-494-7868

CR-64 (06/09) REPORT COMMENCING CRIMINAL ACTION